KUCHLER, Respondent, v. RAFEL, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by William Kuchler, an infant, by George W. Kuchler, his guardian ad litem, against Will Rafel. No opinion. Judgment and order unanimously affirmed, with costs.

KUH et al., Respondents, v. KOSAK, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Emanuel S. Kuh and others against Guiseppe Kosak. J. H. Cohen, for appellant. S. H. Molleson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KUNKEL, Appellant, v. REIDEL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Martin G. Kunkel against Frank Reidel and others. No opinion. Order affirmed, with $10 costs and disbursements.

LAMADRID, Appellant, v. SUN PRINTING & PUBLISHING ASS'N., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Clementine S. Lamadrid against the Sun Printing & Publishing Association. J. E. Graybill, for appellant. F. Bartlett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAMB, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Sadie Lamb, as administratrix, etc., against the Union Railway Company of New York City. No opinion. Motion denied.

LANDSBERG et al., Appellants, v. ROSENWASSER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Golde Landsberg and others against Samuel Rosenwasser and others. No opinion. Motion granted, without costs.

LASKER, Respondent, v. GONSKY, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by William Lasker, by Betsy Lasker, his guardian ad litem, against Solomon Gonsky. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

LASKER, Respondent, v. GONSKY, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by William Lasker, an infant, etc., against Solomon Gonsky. No opinion. Motion for reargument denied, with $10 costs.

LAWRENCE et al. v. BINNINGER et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by George H. Lawrence and others against Regina Binninger, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

LEAVITT, Respondent, v. PFEIFFER, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Louis Leavitt against Isaac Pfeiffer. A. B. Porter, for appellant. D. L. Podell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LESLIE v. FIREMEN'S INS. CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Bonniford Leslie against the Firemen's Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

LEVINE, Respondent, v. UNITED STATES BANKING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Samuel W. Levine against the United States Banking Company. C. J. McDermott, for appellant. Mr. Nichols, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LIEBEL, Respondent, v. GALLY, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Mary Liebel against Leopold Gally. No opinion. Judgment and order unanimously affirmed, with costs.

LIGHTBOURNE, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Henry E. T. Lightbourne against Timothy Walsh, as treasurer of the Socialist Labor Party. No opinion. Motion denied.

LIPSCHITZ, Respondent, v. SAPAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Samuel Lipschitz against Jacob Sapan. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. The money paid into court on tender should be credited as a payment upon the judgment, and this must be done.

LOGERTO, Respondent, v. CENTRAL BUILDING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Frank Logerto against the Central Building Company. No opinion. Motion denied, with $10 costs.

LORD et al., Appellants, v. EQUITABLE LIFE ASSUR. SOCIETY OF THE UNITED STATES, Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Franklin B. Lord, Jr., and others, as executors, etc., of Franklin B. Lord, deceased, against the Equitable Life Assurance Society of the United States, impleaded with others. Interlocutory judgment affirmed, with costs, on the authority of Lord v.